Villasica *vs.* Garregues.

## No. 1033.

### AURELIEN DUHON VS. VICTORIN MAIGNAUD.

Where the plaintiff claims title under a tax sale of the property of a person, proof by the defendant in possession that the property never belonged to that person will defeat the action.

APPEAL from the District Court for St. Landry. HUDSPETH, J.

*F. R. King* and *J. N. Ogden* for Plaintiff Appellant. *Perrodin* and *Estilette* for Defendant.

MARR, J., delivered the opinion affirming the judgment.

## No. 1059.

### MAURICE VILLASICA VS. A. GARREGUES, TAX COL.

The unconstitutionality of a tax must be the issue presented in order to give this court jurisdiction when the amount involved is less than five hundred dollars.

APPEAL from the Parish Court of St. Laudry. FONTENOT, J.

*Lewis & Bro.* for Plaintiff. *Perrodin* for Defendant Appellant.

The Act of 1879, Sess. Acts, p. 45, enacted that those who had paid licenses to the State in 1878 before the enactment of Act No. 26 of that year (to be found in Sess. Acts 1879, p. 1) shall be credited with the sums so paid upon the licenses imposed by the Act of 1879. The plaintiff had paid his license in 1878 as coffee house keeper, and claimed credit for it under this provision of the above Act. The collector refused to allow it, and seized property to satisfy the license of 1879, whereupon the plaintiff enjoined, and his injunction was maintained.

DE BLANC, J. It is not the alleged unconstitutionality of the section of the Act allowing the credit that gives us jurisdiction, but the unconstitutionality of the tax itself, about which there is no question made.

*Appeal dismissed.*